No. 41643.—Protests 906168–G, etc., of Perry Equipment & Supply Co. (New York).

Opinion by DALLINGER, J.  The evidence showed that the merchandise consists of welding rods composed entirely of copper.  The claim at 2½ cents per pound under paragraph 381 was therefore sustained.

No. 41644.—Protests 845893–G (A), etc., of Amerlux Steel Corp. et al. (Los Angeles).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of bale ties similar to those the subject of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47).  The claim for free entry under paragraph 1604 was therefore sustained.

No. 41645.—Protests 291942–G, etc., of Calvaire (New York).

Opinion by DALLINGER, J.  Toilet sets composed of an atomizer, two small bottles, a big bottle, and a jar were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 41646.—Protest 536799–G of P. Kuch Co. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel aneroid barometers the same as those passed upon in *United States* v. *Oppleman* (T. D. 49271) were held dutiable at 27½ percent under paragraph 372.  Thermometers like those the subject of Abstract 39852 were held dutiable at 40 percent under paragraph 339.

No. 41647.—Protests 792487–G, etc., of Biddle Purchasing Co. et al. (Boston, etc.).

Opinion by DALLINGER, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41648.—Petition 5529–R of V. J. Cronin (Rochester).

Opinion by DALLINGER, J.  On the entire record the court was satisfied that the petitioner acted in good faith and that the entry was made without any intention to defraud the revenue of the United States.  The petition was therefore granted.